U.S. Department of Justice
United States Attorney

FILED IN CHAMBERS
U.S.D.C. Atlanta
DEC 5 2017
JAMES N. HATTEN, Clerk
By: Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2016R00745)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME: Fulton

DISTRICT COURT NO. 1:17-CR-0428

MAGISTRATE CASE NO.

| | | |
|---|---|---|
| X Indictment | Information | Magistrate's Complaint |
| DATE: December 5, 2017 | DATE: | DATE: |

| | |
|---|---|
| UNITED STATES OF AMERICA<br>vs.<br>GIOVANNI CARTIER, A/K/A "RIQ" CARTIER | SUPERSEDING INDICTMENT<br>Prior Case Number:<br>Date Filed: |

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

### Defendant Information:

Is the defendant in custody?   Yes   X No
Will the defendant be arrested pending outcome of this proceeding?   Yes   X No
Is the defendant a fugitive?   Yes   X No
Has the defendant been released on bond?   Yes   X No

Will the defendant require an interpreter?   Yes   X No

District Judge:

Attorney: Samir Kaushal
Defense Attorney: